UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOCHURANI M. NICHOLAS,

        Plaintiff,                    Case no. 09-11227
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Virginia Morgan's Report and Recommendation, filed January 08, 2010, as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: January 29, 2010

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 29, 2010, by electronic and/or ordinary mail.

                                         s/William Barkholz
                                         Case Manager